QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  Scott G. Lawson (Bar No. 174671)
  scottlawson@quinnemanuel.com
  Christina Wu (Bar No. 233186)
  christinawu@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone:   (415) 875-6600
Facsimile:   (415) 875-6700

Attorneys for Gartner, Inc. and
Computer Financial Consultants, Inc.

**ORIGINAL FILED**
2008 AUG 27 P 12: 55
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

JENNIFER BOSSIN

    Plaintiff,

vs.

GARTNER CONSULTING GROUP;
COMPUTER FINANCIAL CONSULTANTS;
AND DOES 1 through 20, inclusive,

    Defendants.

CASE NO. C 08 4093 SBA

**CERTIFICATION OF INTERESTED ENTITIES OR PARTIES**

[Civil L.R. 3-16]

51431/2617182.2

Case No. _____
CERTIFICATION OF INTERESTED ENTITIES OR PARTIES

## CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

Pursuant to Civil Local Rule 3-16 and Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

    1.    Gartner, Inc. ("Gartner"): Gartner has no parent company.[1]

    2.    Computer Financial Consultants, Inc. ("CFC"): The parent company of CFC is Gartner.

No publicly held company owns 10% or more of the stock of Gartner or CFC.

DATED: August 27, 2008

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By _____
Christina L. Wu
Attorneys for Gartner, Inc. and
Computer Financial Consultants, Inc.

---

[1] While Plaintiff has named Gartner Consulting Group as a defendant, no such entity exists. Plaintiff alleges that CFC is the wholly owned subsidiary of Gartner Consulting Group, which it is not. CFC is a subsidiary of Gartner, Inc., which, based on plaintiffs' allegations, has made an appearance in this case. Both Gartner and CFC reserve the right to move to correct and/or dismiss themselves from this action at the appropriate time.