1    QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
        Scott G. Lawson (Bar No. 174671)
2        scottlawson@quinnemanuel.com
        Christina Wu (Bar No. 233186)
3        christinawu@quinnemanuel.com
      50 California Street, 22nd Floor
4    San Francisco, California  94111
      Telephone:    (415) 875-6600
5    Facsimile:    (415) 875-6700

6

7    Attorneys for Gartner, Inc. and
      Computer Financial Consultants, Inc.

8

9

10

11                      UNITED STATES DISTRICT COURT

12                    NORTHERN DISTRICT OF CALIFORNIA

13                        SAN FRANCISCO DIVISION

14
      JENNIFER BOSSIN                         CASE NO.    C 08 4093 SBA
15
                  Plaintiff,                   PROOF OF SERVICE
16
            vs.
17
      GARTNER CONSULTING GROUP;
18    COMPUTER FINANCIAL CONSULTANTS;
      AND DOES 1 through 20, inclusive,
19
                  Defendants.
20

21

22

23

24

25

26

27

28

51431/2617182.2

                                                    Case No._____
                                                    PROOF OF SERVICE

1

## PROOF OF SERVICE

2       I am employed in the County of San Francisco, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 50 California Street,

3   22nd Floor, San Francisco, California 94111.

4       On August 27, 2008, I served true copies of the following document(s) described as

5   **NOTICE OF REMOVAL**

6   **CERTIFICATION OF INTERESTED ENTITIES OR PARTIES**

7   on the parties in this action as follows:

8   **SEE ATTACHED LIST**

9   **BY MAIL:** I enclosed the foregoing into sealed envelope(s) addressed as shown above, and I deposited such envelope(s) in the mail at San Francisco, California. The envelope was mailed

10  with postage thereon fully prepaid.

11      I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

12
13      Executed on August 27, 2008, at San Francisco, California.

14

15  Joseph LeRoy

16

17

18

19

20

21

22

23

24

25

26

27

28

--                                                            Case No.
                                                        PROOF OF SERVICE

**SERVICE LIST**

1

2   Sharon R. Vinick, Esq.                    Leslie F. Levy, Esq.
    Emily A. Nugent, Esq.                     Boxer & Gerson, LLP
3   Vinick Law Firm                           300 Frank H. Ogawa Plaza, Suite 500
    350 Sansome Street, Suite 300             Oakland, CA 94612
4   San Francisco, CA 94104

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

51431/2617182.2

--
Case No.
PROOF OF SERVICE