1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
      Scott G. Lawson (Bar No. 174671)
2     scottlawson@quinnemanuel.com
      Christina Wu (Bar No. 233186)
3     christinawu@quinnemanuel.com
   50 California Street, 22nd Floor
4  San Francisco, California  94111
   Telephone:     (415) 875-6600
5  Facsimile:     (415) 875-6700

6

7  Attorneys for Gartner, Inc. and
   Computer Financial Consultants, Inc.

8

9

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                      SAN FRANCISCO DIVISION

13

14  JENNIFER BOSSIN                        CASE NO. C 08-4093 (SBA)

15          Plaintiff,

16      vs.                                **PROOF OF SERVICE**

17  GARTNER CONSULTING GROUP;
18  COMPUTER FINANCIAL CONSULTANTS;
    AND DOES 1 through 20, inclusive,
19
            Defendants.
20

21

22

23

24

25

26

27

28

**PROOF OF SERVICE**

I am employed in the County of San Francisco, State of California.  I am over the age of eighteen years and not a party to the within action; my business address is 50 California Street, 22nd Floor, San Francisco, California 94111.

On August 27, 2008, I served true copies of the following document(s) described as

**NOTICE OF REMOVAL (filed in Superior Court of the State of California, County of San Francisco, Case No. CGC-08-477180)**

**ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES**

**ECF REGISTRATION INFORMATION HANDOUT**

**NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION**

**CONSENTING TO A MAGISTRATE JUDGE'S JURISDICTION IN THE NORTHERN DISTRICT OF CALIFORNIA**

on the parties in this action as follows:

**SEE ATTACHED LIST**

**BY MAIL:**  I enclosed the foregoing into sealed envelope(s) addressed as shown above, and I deposited such envelope(s) in the mail at San Francisco, California.  The envelope was mailed with postage thereon fully prepaid.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on August 27, 2008, at San Francisco, California.

Joseph LeRoy

1

## SERVICE LIST

2   Sharon R. Vinick, Esq.                    Leslie F. Levy, Esq.
    Emily A. Nugent, Esq.                     Boxer & Gerson, LLP
3   Vinick Law Firm                           300 Frank H. Ogawa Plaza, Suite 500
    350 Sansome Street, Suite 300             Oakland, CA 94612
4   San Francisco, CA 94104

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28