1  VINICK LAW FIRM
       Sharon R. Vinick  (Bar No. 129914)
2      Sharon@vinicklaw.com
   350 Sansome Street, Suite 300
3  San Francisco, CA 94104
   Telephone:  (415) 722-4481
4  Facsimile:  (415) 276-6338

5  BOXER & GERSON LLP
       Leslie F. Levy (Bar No.104634)
6      Courtmail@boxerlaw.com
   300 Frank H. Ogawa Plaza, Suite 500
7  Oakland, CA 94612
   Telephone:  (510) 835-8870
8  Facsimile:  (510) 835-0415
   Attorneys for Plaintiff Jennifer Bossin
9
   SHIPMAN & GOODWIN LLP
10     Robin G. Frederick  (Pro Hac Vice)
       rfrederick@goodwin.com
11     Diane Polletta  (Pro Hac Vice)
       dpolletta@goodwin.com
12 300 Atlantic Street
   Stamford, CT 06901-3522
13 Telephone:      (203) 324-8100
   Facsimile:      (203) 324-8199
14
   QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
15   Scott G. Lawson (Bar No. 174671)
     scottlawson@quinnemanuel.com
16   Christina Wu (Bar No. 233186)
     christinawu@quinnemanuel.com
17 50 California Street, 22nd Floor
   San Francisco, California  94111
18 Telephone:      (415) 875-6600
   Facsimile:      (415) 875-6700
19 Attorneys for Gartner, Inc. and Computer Financial Consultants, Inc.

20                    **UNITED STATES DISTRICT COURT**

21                    **NORTHERN DISTRICT OF CALIFORNIA**

22                         **SAN FRANCISCO DIVISION**

23 JENNIFER BOSSIN,                    )   CIVIL ACTION NO. 08-04093 (SBA)
        Plaintiff,                     )
24                                     )
          v.                           )   **ORDER AND STIPULATION TO**
25                                     )   **MODIFY THE DISCOVERY**
   GARTNER CONSULTING GROUP;           )   **SCHEDULE**
26 COMPUTER FINANCIAL                  )
   CONSULTANTS; AND DOES 1             )
27 THROUGH 20, inclusive               )
        Defendants.                    )
28

**STIPULATION**

WHEREAS, under the Court's February 5, 2009 Case Management Order, the parties' deadline to complete fact discovery is September 30, 2009; the deadline to designate experts is November 5, 2009, and the deadline for rebuttal disclosure is December 3, 2009, and the deadline to complete expert discovery is December 15, 2009;

WHEREAS, the parties have been engaging in significant discovery, including voluminous document discovery and several depositions.  The parties anticipate that they will take five to ten additional depositions prior to the close of discovery, and will need to present significant discovery disputes to Magistrate Judge Zimmerman;

WHEREAS, the parties have agreed to mediate their dispute before a private mediator;

WHEREAS, given the significant discovery-related expenses anticipated by the parties, they have agreed to postpone the remaining discovery until the completion of said mediation;

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel on behalf of their respective clients that the discovery schedule be modified as follows:

Deadline For Completion of Fact Discovery:  November 16, 2009

Deadline to Designate Experts:  December 7, 2009

Deadline For Rebuttal Disclosure:  January 8, 2010

Deadline to Complete Expert Discovery:  January 20, 2010

All other deadlines remain as ordered by the Court.

It is so stipulated and agreed.

/ / /

/ / /

/ / /

| | | |
|---|---|---|
| 1 | DATED: July 31, 2009 | BOXER & GERSON LLP |
| 2 | | |
| 3 | | By  /s/ Leslie F. Levy |
| 4 | | Leslie F. Levy |
| 5 | | Attorneys for Plaintiff<br>Jennifer Bossin |
| 6 | | |
| 7 | DATED: August 5, 2009 | SHIPMAN & GOODWIN LLP |
| 8 | | |
| 9 | | By  /s/ Robin G. Frederick |
| 10 | | Robin G. Frederick<br>Diane C. Polletta |
| 11 | | |
| 12 | DATED: August 5, 2009 | QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP |
| 13 | | |
| 14 | | By  /s/ Christina L. Wu |
| 15 | | Scott Lawson<br>Christina L. Wu |
| 16 | | Attorneys for Defendants |
| 17 | | Gartner, Inc. and<br>Computer Financial Consultants, Inc. |

I, Christina L. Wu, am the ECF User whose ID and password are being used to file this Joint Case Management Statement. In compliance with General Order 45 X.B., I hereby attest that Sharon R. Vinick has concurred in this filing.

1
2          **ORDER**
3    PURSUANT TO STIPULATION, IT IS SO ORDERED.
4
5  Dated: 8/10/09                     _____
                                       The Honorable Saundra Brown Armstrong
6                                      United States District Judge
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28