VINICK LAW FIRM
    Sharon R. Vinick (Bar No. 129914)
    Sharon@vinicklaw.com
350 Sansome Street, Suite 300
San Francisco, CA 94104
Telephone: (415) 722-4481
Facsimile: (415) 276-6338

BOXER & GERSON LLP
    Leslie F. Levy (Bar No.104634)
    Courtmail@boxerlaw.com
300 Frank H. Ogawa Plaza, Suite 500
Oakland, CA 94612
Telephone: (510) 835-8870
Facsimile: (510) 835-0415
Attorneys for Plaintiff Jennifer Bossin

SHIPMAN & GOODWIN LLP
    Robin G. Frederick (Pro Hac Vice)
    rfrederick@goodwin.com
    Diane Polletta (Pro Hac Vice)
    dpolletta@goodwin.com
300 Atlantic Street
Stamford, CT 06901-3522
Telephone: (203) 324-8100
Facsimile: (203) 324-8199

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
    Scott G. Lawson (Bar No. 174671)
    scottlawson@quinnemanuel.com
    Christina Wu (Bar No. 233186)
    christinawu@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700
Attorneys for Gartner, Inc. and Computer Financial Consultants, Inc.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| JENNIFER BOSSIN,<br>    Plaintiff,<br><br>    v.<br><br>GARTNER CONSULTING GROUP;<br>COMPUTER FINANCIAL<br>CONSULTANTS; AND DOES 1<br>THROUGH 20, inclusive<br>    Defendants. | CIVIL ACTION NO. 08-04093 (SBA)<br><br>[PROPOSED] ORDER AND STIPULATION REGARDING DISMISSAL OF ENTIRE ACTION WITH PREJUDICE |

03441.51431/3069643.1

[PROPOSED] ORDER AND STIPULATION DISMISSING ACTION WITH PREJUDICE

1231471v1

IT IS HEREBY STIPULATED by and between plaintiff Jennifer Bossin ("Bossin") and defendants Gartner, Inc. (inaccurately sued in this action as Gartner Consulting Group), and Computer Financial Consultants, Inc. (together, "Defendants"), through their designated counsel, as follows:

1. Pursuant to Federal Rule of Civil Procedure 41, Bossin and Defendants hereby request that the Court order this action, and each and every claim asserted therein, dismissed with prejudice.

2. Each party shall bear its own costs and attorneys' fees in connection with all claims in this action.

DATED: August 24, 2009               BOXER & GERSON LLP

                                     By _____
                                        Leslie F. Levy

                                     Attorneys for Plaintiff
                                     Jennifer Bossin

DATED: August 24, 2009               SHIPMAN & GOODWIN LLP

                                     By _____
                                        Robin G. Frederick
                                        Diane C. Polletta

                                     Attorneys for Defendants
                                     Gartner, Inc. and
                                     Computer Financial Consultants, Inc.

### ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 9/8/09                        _____
                                     The Honorable Saundra Brown Armstrong
                                     United States District Judge